### Gulick *v.* Glen Alden Corp. (et al., Appellant).

Argued March 19, 1969.  *Roy N. LaRocca,* Associate Counsel, and *Thomas E. Roberts,* Chief Counsel, for appellant; *Charles J. Bufalino, Jr.,* Special Assistant Attorney General, with him

*Clyde M. Hughes, Jr.,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for appellee.
   Order affirmed.